```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
UNITED STATES OF AMERICA,               :     00 Cr. 152 (DLC)
                                        :
           -v-                          :         ORDER
                                        :
ZAFAR CHAUDHRY,                         :
                       Defendant.       :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

At the request of the Government and with consent of counsel for the defendant, it is hereby

ORDERED that the February 18, 2011 sentence date is adjourned to **February 25, 2011** at **10:30 a.m.**

Dated:   New York, New York
         February 18, 2011

　　　　　　　　　　　　　　　　　／s／ Denise Cote
　　　　　　　　　　　　　　　　　DENISE COTE
　　　　　　　　　　　　　　　　United States District Judge

Stamp: USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: ___ / DATE FILED: 2/18/2011