

LAW OFFICE
OF
**B. ALAN SEIDLER**
580 BROADWAY
NEW YORK, NEW YORK 10012

TELEPHONE
(212) 334-3131
(888) 247-0243
FACSIMILE
(212) 334-2211



June 6, 2012

Hon. Denise L. Cote
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/11/2012

re: USA v. Zafar Chaudhry
    00 cr 00152 (DLC)

Dear Judge Cote;

On February 25, 2011, your Honor sentenced Mr. Chaudhry to 18 months incarceration, restitution in the amount of $195,463.52, and 3 years Supervised Release. Mr. Chaudhry has completed the incarceration term of his sentence, and now reports to federal Probation Officer Patrick Hattersley [973-357-4080] in Patterson, New Jersey. Mr. Chaudhry is requesting the permission of the Court to travel to Pakistan for 3 weeks to resolve financial issues resultant from the death of his mother, and because of the illness of Chaudhry's 76 year old god-mother in Pakistan. Mr. Chaudhry's mother, Mukhtaran Begum died in September, 2010, while he was incarcerated.

Mr. Chaudhry also voluntarily returned to the United States to face the underlying charges as soon as he was able when Chaudhry learned of the existence of the US warrant.

I have conferred with Probation Officer Hattersley about this request, and he informed me that he cannot give the consent of the Probation Department for Chaudhry to travel to Pakistan.

Respectfully,

B. Alan Seidler

cc:   AUSA Robin Morey
      Probation Officer Patrick Hattersley, by e-mail
bas/ee

*Denied.*
*Denise Cote*
*June 11, 2012*