Zafar Iqubal Chaudhry                           Docket Number: 00-CR-0152-002 (DLC)
                                                                    P59032/EF.dlh

-4-

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/28/2012

JUDICIAL RESPONSE

THE COURT ORDERS:

[✓]   Court approves U.S. Probation Officer's request to take no action.

OR

U.S. Probation Officer is directed to:

[ ]   Submit a Request for Modifying the Condition or Term of Supervision

[ ]   Submit a Request for Warrant or Summons

[ ]   Other

_____
Signature of Judicial Officer

8/28/12
Date