Zafar Chaudhry

Docket Number: 00-CR-00152-02 (DLC)
P59032/EF.dlh



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
PROBATION DEPARTMENT

*JUDICIAL RESPONSE*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/7/2013

THE COURT ORDERS:

[ ]   International Travel to Pakistan GRANTED

[✓]  International Travel to Pakistan DENIED

[ ]   Other

_____
_____
_____
_____

THE COURT ORDERS:

[ ]   Future Decisions Regarding International Travel Shall Be at the Discretion of the Supervising District

[✓]  Future Decisions Regarding International Travel Shall Not Be at the Discretion of the Supervising District

[ ]   Other

_____
_____
_____
_____

_____*Denise Cote*_____
Signature of Judicial Officer

_____3/7/13_____
Date