Zafar Iqubal Chaudhry

5

Docket Number: 1: 00 CR 00152-002
P#59032/EF.kl



**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
PROBATION DEPARTMENT**

*JUDICIAL RESPONSE*

THE COURT ORDERS:

[ ✗ ] Supervision to Expire as Scheduled on October 6, 2014: **GRANTED**

[ ] Supervision to Expire as Scheduled on October 6, 2014: **DENIED**

[ ] Other

_____
Signature of Judicial Officer

_____
Date    July 22, 2014